Case 2:12-cv-00438-SPC-UAM   Document 28   Filed 07/22/13   Page 1 of 2 PageID 101

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL DAVIS, on behalf of himself
and those similarly situated

       Plaintiff,

v.                                Case No: 2:12-cv-438-FtM-38UAM

BIG GAME HUNTERS, LLC,
MATTHEW HANSON and DARRELL
HANSON,

       Defendants.
_____/

## ORDER

This matter comes before the Court on Joint Stipulation for Dismissal With Prejudice (Doc. #26) filed on July 22, 2013. In this case brought pursuant to the Fair Labor Standards Act, the Parties advise that they have reached a settlement but do not indicate whether Plaintiff's claim under the FLSA was settled with or without compromise, therefore, it is not clear whether a review of the settlement is necessary pursuant to Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982). Thus, the Parties shall inform the Court whether this settlement was reached with or without compromise. If the settlement was with compromise, the Parties shall submit their settlement documents to the Court for review pursuant to Lynn's Foods. If the settlement was without compromise, a review of the settlement is not necessary and the Court will close the matter pursuant to the Joint Stipulation.

Accordingly, it is now

**ORDERED:**

(1) The Parties shall have up to and including **July 29, 2013** to inform the Court whether the settlement of Plaintiff's claim under the FLSA was with or without compromise, attaching the settlement documents, if necessary.

(2) Plaintiff's Motion for Brief Enlargement of Time to File Dismissal Documents (Doc. #24) is **DENIED as moot**.

(3) Plaintiff's Motion for Brief Enlargement of Time to File Dismissal Documents (Doc. #25) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of July, 2013.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record