UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL DAVIS, on behalf of himself
and those similarly situated

    Plaintiff,

v.                                 Case No:  2:12-cv-438-FtM-38UAM

BIG GAME HUNTERS, LLC,
MATTHEW HANSON and DARRELL
HANSON,

    Defendants.
_____/

## ORDER

This matter comes before the Court on the Parties' Joint Amended Stipulation for Dismissal With Prejudice (Doc. #29) filed on July 22, 2013.  The Parties stipulate to the dismissal of this action with prejudice as this FLSA matter has settled and Plaintiff was compensated in full without compromise.  Therefore, no review of the settlement is necessary.  Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982).  The Stipulation has been signed by both Parties.  As a result, the case will be dismissed based upon the stipulation filed by the Parties.

Accordingly, it is now

**ORDERED:**

(1) This matter is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees pursuant to the Parties' Joint Amended Stipulation for Dismissal With Prejudice (Doc. #29).

(2) The Clerk is directed to enter judgment accordingly, terminate all pending motions and deadlines, and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of July, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record